866

*Frank Harrison* and *John Lansdale, Jr.* for the Ohio Turnpike Commission, respondent.

No. 325. WOOTON ET AL. *v.* MCWILLIAMS, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *Seymour Krieger* for petitioners. *T. C. Hannah* and *M. M. Roberts* for respondent.

No. 326. GLENN L. MARTIN NEBRASKA CO. *v.* CULKIN ET AL. C. A. 8th Cir. Certiorari denied. *J. A. C. Kennedy* and *George L. DeLacy* for petitioner. *E. K. McDermott* for respondents.

No. 327. KINSTON TOBACCO BOARD OF TRADE, INC. ET AL. *v.* LIGGETT & MYERS TOBACCO CO. ET AL. Supreme Court of North Carolina. Certiorari denied. *Jesse A. Jones* for petitioners. *Bethuel M. Webster* and *Francis H. Horan* for the Liggett & Myers Tobacco Co.; *James Mullen, Walter E. Rogers* and *Albion Dunn* for the Kinston Tobacco Co., Inc.; *Horace G. Hitchcock* and *Victor S. Bryant* for American Suppliers, Inc.; and *William A. Lucas* for the Imperial Tobacco Co., Ltd., respondents.

No. 313. DAVIDSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 328. CENTRACCHIO *v.* GARRITY, U. S. ATTORNEY. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Bolling R. Powell, Jr.* for petitioner. *Acting*